UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cooleridge Bell Bey
Welton Bell

Write the full name of each plaintiff.

19 CV 1014

(Include case number if one has been assigned)

-against-

USA, United States of America

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_All 1st Human Rights._

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Coleridge Bell Bey Amen-bey_ (Plaintiff's name), is a citizen of the State of _Flesh & Blood Domicile North America Continent_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _(Private-Being)_.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **USA Corp. America** (Defendant's name), is a citizen of the State of

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

**Yes since 1871**

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of the ~~State~~ of **District of Columbia**

and has its principal place of business in the State of **WASHINGTON D.C.**

or is incorporated under the laws of (foreign state) **WASHINGTON DISTRICT**

and has its principal place of business in **DISTRICT OF COLUMBIA IN THE USA**

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Coolridge** / **M** / **Bell Bey**
First Name / Middle Initial / Last Name

**90 65 East 112th Street** / **C/O 60 West Chisolm St #5L 10037**
Street Address / Mailing Address

**Manhatta** / **New York** / **10029**
County, City / State / Zip Code

_____ _____
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name / Last Name: UNITED STATES OF AMERICA
Current Job Title (or other identifying information): CORPORATION ERA / GOVERNMENT UNITED STATES DISTRICT COURT
Current Work Address (or other address where defendant may be served): 333 Constitution Ave Washington DC 20001 (N.W.)
County, City / State / Zip Code

Defendant 2:
First Name / Last Name: THOMAS F. HOGAN
Current Job Title (or other identifying information): Senior Judge (Chamber) 202-354-3420
Current Work Address (or other address where defendant may be served): 333 Constitution Ave, Washington DC 20001 (N.W.)
County, City / State / Zip Code

Defendant 3:
First Name / Last Name: Anthony F. Scarpelli, Esq.
Current Job Title (or other identifying information): US Attorney's Office (202) 252-353-1679
Current Work Address (or other address where defendant may be served): Judiciary Center Bldg, 555 Fourth Street N.W. Washington DC 20530
County, City / State / Zip Code

Defendant 4: John A Briley (Suite Jr.)
First Name / Last Name

Esquire Attorney / 6205 30th Street NW
Current Job Title (or other identifying information)

Washington D.C. 20015 / (362-5749)
Current Work Address (or other address where defendant may be served)

_____
County, City                State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: The District of Columbia

Date(s) of occurrence: 2009-2014

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Feb 1 2019

Plaintiff's Signature: Bell Bey Cooleridge

First Name: Cooleridge    Middle Initial:    Last Name: Bell Bey

Street Address: North America Continent

County/City: New York Post Office General Delivery    State: N.Y.    Zip Code: N.Y.

Telephone Number: N/A    Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Cooleridge Bell Bey (also known as "COOLERIDGE CARLTON BELL")    1:07-CF00153-TFH-6. CR NO-07-153-6 Washington, DC

___ Vs ___

UNITED STATES OF AMERICA (also known as UNITED STATES CORP., WASHINGTON, DC. or WASHINGTON, DISTRICT OF COLUMBIA or USA) and Co-Defendants: Judge Thomas F. Hogan, The Law Office of Richard Keith Gilbert, 601 Pennsylvania Ave., Common N.W., Suite 900-South Building, Washington, DC 20004. The Law Office of Mark John Carroll, 9520 Reach Road, Potomac, MD 20854. The Law Office of Davis and Davis and Mary Elizabeth Davis, 1350 Connecticut Ave., N.W., Washington, DC 20036. Defense Attorney John Briley. Richard Portale. U.S.D.A. Office and Anthony F. Scarpelli and Assistant D.A.s: Angela S. George, Bernard J. Delia, John K. Han, Suzanne Grealy Curt, William J. O'Malley, Jr. and Barry Wiegand, III.

that we were in a de facto court. It is my belief that Judge Hogan was conducting court under the "color of law".

I lost in trial and was convicted by jury. I was then sentenced to 235 months without any witnesses (Article VI clause 2 and 3 of the U.S. Constitution were not granted). U.S. v Simmons 96 US 360 (1878). Bartell v US, 277 US 427 (1913).

According to Crimes and Criminal Procedure: Part 1, Chapter 77. Peonage and slavery shall be liable to penalties prescribed in subsection source (June 25, 1948). Chapter 645, 62 Stat. 772. Pub. L. 103-32 title xxx III, sec 3300016 (1) (k). Sept 13, 1194, 108 stat. 2147; pub. L. 104-208, Div. C, Titles II. With sentencing you are forced to work under any and all conditions. Title 42, sec 1994. Peonage was abolished (source R.S. Sec 1990 resolution 217A (111) of Dec. 10, 1948.

After 5 years of incarceration, the Supreme Court ruled that the entire case/indictment was considered "Fruit from a Poisonous Tree" and the case was then overturned. I immediately submitted a "Writ Audita Querela" to vacate my current sentence and be released from custody. I went on to serve approximately 6-9 additional months waiting for a response to my motion. The response came in March 2014 and I was then remanded to DCDC. As an inmate, I lived under deplorable condition. I was housed with the most dangerous and hardened life-time criminals. The Correctional Officers were often violent and abusive. I witnessed many rapes and other acts of violence, while the officers watched or ignored cries for help.

I became aware that U.S. Attorney and Judge Thomas F. Hogan were discussing (in legalese) releasing the bond (Cesti Que Trust). This delayed the case for months. On August 28th 2014, I was told that a single form was required and would be forwarded to me upon my release. The required paperwork was received (by mail) in September of 2014, which stated that the case was reversed and vacated without prejudice.

Title 28 1330 states that the United States District Court has to grant permission for the suit to be pursued once the court has been supplied sufficient proof that the United States citizen (Corporate Slave) is a corporate entity.

Title 28 USC 1608 I have absolute immunity as a corporation.

Title 28 USC 1602-1611, Foreign Sovereign Immunities ACT, allows the jurisdiction of the court to challenged and a demand of a proper jurisdiction to be stated.

July 27 1868 Fifteen Statues at Large Chapter 249 Section 1 "Acts Concerning American Citizens in a Foreign State", expatriation, is what is broken when the jurisdiction is demanded and is not met with an answer.

Under the [FROCP] 12b 6 the prosecution has failed to provide adequate proof that the parties involved in this situation are actually corporate entities. I have provided ample proof that the prosecution and

when the government assumes other functions it is usurpation and oppression" City Council v Kelly 30SO.67,69,142 Ala 552 (1905).

13th, 14th and 15th Bill of Rights, which is selective corporations and it reserves more powers to states. Gitlow v New York, MAPP V OHIO

No state employee, official or attorney is licensed. They're a private membership club.  The BAR issues a BAR Card, not a license.  The right to practice law is a common right which cannot be licensed.  It is one on your uninumerated rights under the constitution.  The BAR attorney (in the USA) have no legislative authority in court rooms. (SCHWAVE V BOARD OF EXAMINERS 353 US238, 239).  The practice is a common right (SIMS v AHERNS, 271 S.W. 720) (1925).  The certificate is from the state supreme court.

I stood in court at or about 10/21/09 or 10/23/09.  In front of Magistrate Judge Deborah A. Robinson and U.S. Attorneys, Anthony Scarepelli.  The USDA stated that I had numerous felonies across the Eastern Boarder.  My attorney, Marty Carroll did not object after I replied that I had never been arrested and had no prior convictions.  I proceeded to proclaim my innocence and then the Judge ordered a break to further investigate my claims.

After the break, the Judge realized that the case was built on conjecture and reprimanded the US

District Attorney and his team.  She told them that they were never to refer to me as a criminal or a danger to the community.  I then proceeded to request a speedy trial and bail, to which the judge replied that my lawyer was responsible for the motion.  This is all stated in orderly fashion by the District of Columbia live data base file #11-3018.

In inferior Courts, the term may demote any court subordinate to the chief tribunal in particular judicial system.  It is commonly used the designation of a court of special, limited or statutory jurisdiction, whose record must show the existence and attaching of in any given case in order to give presumptive validity to its judgment.  In Reheard Guardianship, 174 miss 37, 163, 50.685 the high courts have further decreed, that want of jurisdiction makes all acts of judges, magistrate, US Marshalls, sheriffs and local police, all void and not just voidable. Nestor v Hershey 925.f2d 509.

Maher v Hibernia Insurance Co, 67N.Y. 292.  Alexander v Church, 53 Conn 501.4.  Atl 103, Studer  v Blestein 115NY31G.22X.E243 7LR.A702.  Moore v Crawford 103US122.9 Sup. CT 447.32LED 878.  Gardner v Lleartt, 3 Denoi (NY) 232.  Monroe Mercantile Co v Arnold, 108GA 449, 34 S.E. 176 fraud.  Civil Code La Art 1347, fraud.  In the sense of court equity, properly includes all acts of omission and concealment which involve a breach of legal or equitable duty, trust or confidence justly reposed and are injurious to another or by which an undue and unconscientiously advantage is taken of another.

After the court hearing, my attorney, Marty Carroll reported that the case was weak and should be thrown out.  He then said we would talk again during his next visit and he never returned.  He was removed as counsel and was replaced with Mr. Briley.  The U.S.A. never responded to my request for a speedy trial nor was I granted a bail.  Senior Judge, Thomas F. Hogan gave the DA's office an allotted amount of time which he extended several times, which in itself is unlawful.  Which also serves to prove

I, Mr. COOLERIDGE BELL was robbed of my natural inalienable rights at berth (birth). Bond v US 529 US 334-2000. I was illegally arrested approximately the 2nd week of September, 2009. I was physically abused, harassed and assaulted by the US Marshall O'Neil's partner. I did not receive my Miranda Rights until after being cuffed. I had to mention this to the Marshalls. They also unlawfully searched my pockets and found keys to a Bronx apartment which they also unlawfully searched for book, ledgers and other evidence. This was done while I waited handcuffed in their vehicle.

I was then transferred to the Federal Building in Manhattan. After being fingerprinted, Marshall O'Neil acknowledged the watch I was wearing and stated "you cant take that with you". He then proceeded to remove the watch and stated "its mine for now". He then stated that he would take the watch back to the Bronx apartment. This was never done and the watch was never returned to me. Title 28 USC3002 (15) (A).

My indictment was totally false and I maintained my innocence throughout the preliminary hearings. My lawyer and the District Attorney were deceitful about my indictment and came with "unclean hands". Texaco Puerto Rico Inc. v Dept. of Consumer Affairs, 60F.3d 867, 880 (1st Cir 1995). He who comes into equity must have or come with "clean hands" . Precision Instruments Mfg. Co. v Automotive Maintenance MACHO, 324 US. 806, 814 (1995). Lazy M. Ranch Ltd v Texas 1  Operations LP, 978 S.W. 2d 678, 683 (Texas App) (1998). Schenk v Halliday Real Estate Inc. 803 S.W. 2d 361, 366 (Tex. App) (1990)

It is my believe that my Attorney was playing both sides of the table. What I stated in confidence was repeated in court. US v Franks D.C. N.J. 52F. 2D128. A lawyers first duty is to the court and to whatever the judge instructs. Case (2) SPILKER v HANSIN 158f.2D 35, 58 US App. DC 206

Clients are wards of the state and non Sui Juris. My attorney left me at the mercy of the court. A court in incorporeal, political being, pursuant to lawful authority for Administration of Justice (State v Lebond,. OHIO 10851 126, 140 N.E. 510, 512.

Another element is that Title 18 of the United States code has never been lawfully enacted into law. I have documents from the national archives that conclusively prove what I am saying is truth. Since I was being charged with violating 18 USC section as they relate to the code. That means that the charge is invalid on its face. Because Title 18 is not a valid law, this case should have been dismissed and I should have been released immediately.

Another reason is ineffective assistance of counsel. I believe my attorneys should have brought up issues of law that I brought up in the preliminaries, trial and my appeal. All my attorneys violated my civil rights. The United States Attorney appointed  named  Gilbert  from DC who wrote me numerous times told me he was my new attorney which was a conflict of interest being that he assisted  four of my co-defendants. He also  stood with me on my first court appearance back to D.C. while I had already written my motion AUDITA QUERELA, SUI JURIS.

"The Government is not sovereignty. Government is machinery or expedient for expressing the will of the sovereign power". Chisolm v Georgia, 2 Dallas (2 US) 419, 47291793). "The sole object and only legitimate end of government is to protect the citizen in enjoyment of life, liberty and property, and

America's Greed and its desire to Control and Corporatize the World.

Can the American People change Washington, DC.  Washington, DC today cannot be fixed because it was created in deception.   Beginning in 1868, the 41st Congress changed the District of Columbia to corporate-style government.  It also gave jurisdiction 100 miles known as Washington, D C.  Hidden under various corporate chartered names.  In 1974 some of this land was taken back and now Washington, DC is 68 miles.  Anyone who claims to be a citizen of the United States, under legal definition is pledging their alliance to Washington, DC (or the District of Columbia). (Article 1, section 8, clause 17)

Since 1868-1882 they have been working in deception and designed to cheat the American people.  We can change congress, the president but the laws were designed to abuse the people.  The government changed the laws gradually and without the peoples consent.  This territory has never been legislated, anything different than that.  The people can either be citizens or Americans, but they can't be both.  It is impossible.  The district has been ruling over America through assorted way:  implied consent, acquiesce of silence, or tacit procuration from the people.

The Declaration of Independence said the Government is by our consent.  We, the people are under our own system of law.  If anything changes, it must come through and by the people.  Congress cannot make decisions, it has no right.  Patriots or sovereign people began studying law because we were dumbed down.  Studying the keys of law releases the chains of enslavement.  All usurpation acts can be nullified.

The United Stated Constitution excludes titles of nobility, thereby making all Americans sovereign.  The people went from being considered property (chattel) to persons.  This means the same that you are slave or subject to the state in which one lives and to the U.S. through contracts.  You have no rights.  Numbers 9 and 10 of the Bill of Rights.  In 1868 every American was a paramount citizen of their state, and by virtue of that, a citizen of the United States.

The United States has been in debt since 1789 and was declared bankrupt.  They then formed the constitutions  so that the states could sign on as security for  the fed's debt.  The House Joint Resolution 192 (E06102) pledge the people for debt for collateral, passed by congress on June 5, 1933.  The judiciary is pure fraud.  Government code ss 57.303(a)-(b) (1)-(3) Supreme Court Case.  So from the very beginning the government was indebted to European bankers and had to borrow money from England to finance the war.

President  Roosevelt, under executive order that gold and gold certificates were to be surrendered to the federal government by May 1, 1933.  Congress went along with this.  On June 5, 1933 this law was passed to do away with the Gold Clause in the Constitution.  (Bond vs United States 529 U.S. 334-2000)

Bond v U.S. 131.S. CT. 2355-2011-Supreme Court-Cited by 306" "

Bond v U.S. 1F. 3D. 631-1993-Court of Appeals, 7th cited by 66" "

other agents are actually corporations. Proof bearing is United States Government office printing style manual. (ALL BEARING CAPITAL LETTERS ARE A CORPORATION).

1950 81ST Congress investigated the lawyers guild and determined the B.A.R. Association by definition founded and run by Communists. Thus any elected official that is a member of the B.A.R. will only be loyal to the B.A.R. entity and never have allegiance to the people.

THE RECOURSE AND THE REMEDY

Remedial Action:

Cummings v Board of Education of Oklahoma City 190 OKL. 533, 125 P. 2D 989,994.

Remedial Statute:

IRE. School District #6, Paris & Wyoming TPS., Kent County, 284 Mich. 132. 278 N.W. 792, 797: Bowles v Towbridge, D.C., Cal; 60 F. Supp. 48, 49

Remedy:

Berry v M.F. Donovan & Son's 120 ME. 457, 115A. 250, 252, 25 A.L.R. 1021: California Prune & Apricot Growers Association v Cats American Co., C.C.A., Cal, 60 F. 2D, 788,790, 85 A.L.R. 1117

For the hardship and the abuse endured during this horrendous process, I am requesting $5 Million Dollars in Credit. And/or 5 Million lawful monies. I would also like to recoupe all fines charged to me during my incarceration.

I would like the United States to inform or make available to the public/internet of my reverse release and vacated charges just as the made available my so called wrong doing. Rumors of me being an informant/501K is untrue and does not apply to me or anything that I have done. This is deterring employment opportunity as well as various social networking.

Sui Juris

Cooleridge Bell Bey

February 1, 2019